DOA: 11/10/2024

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Benito Mares-Robles, | ) | Case No. | 24-6409MJ |
| A #205 572 943 | ) | | |
| | ) | | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 14, 2024, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Benito Mares-Robles, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about March 29, 2019, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: AUSA Travis L. Wheeler for AUSA Ross Arellano Edwards

☒ Continued on the attached sheet.

JUAN M AGUIRRE  Digitally signed by JUAN M AGUIRRE
Date: 2024.11.11 10:55:54 -07'00'

*Complainant's signature*

Juan M. Aguirre
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: November 11, 2024 @11:10am

*Judge's signature*

Alison S. Bachus
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Juan M. Aguirre, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about July 14, 2024, officers from the Phoenix Police Department arrested and booked Benito Mares-Robles into the Maricopa County Jail (MCJ), located in Phoenix, Arizona, on local charges. While Mares-Robles was incarcerated at the MCJ, ICE agents interviewed Mares-Robles and determined him to be a citizen of Mexico, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the MCJ for Mares-Robles. On or about November 10, 2024, Mares-Robles was released to ICE custody and transported to the Phoenix ICE detention office for further investigation and processing. Mares-Robles was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Benito Mares-Robles to be a citizen of Mexico and a previously deported alien. Mares-Robles was removed from the United States to Mexico through El Paso, Texas, on or about March 29, 2019, pursuant to a final order of removal issued by an immigration official. There is no record of Mares-Robles in

any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Mares-Robles's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about March 22, 2019, Benito Mares-Robles was convicted of Illegal Re-entry After Deportation, a felony offense, in the United States District Court, District of Colorado. Mares-Robles was sentenced to time served of imprisonment, and three (3) years of supervised release. Mares-Robles's criminal history was matched to him by electronic fingerprint comparison.

5. On or about November 10, 2024, Benito Mares-Robles was advised of his constitutional rights. Mares-Robles freely and willingly acknowledged his rights and agreed to provide a statement under oath. Mares-Robles stated that his true and complete name is Benito Mares-Robles, and that he is a citizen of Mexico. Mares-Robles also stated that he illegally entered the United States at or near "El Paso" (El Paso, Texas) in or around "2022" without inspection by an immigration officer. Mares-Robles further stated that he had been previously removed from the United States to Mexico and did not apply to the United States Attorney General or the Secretary of the Department of Homeland Security for permission to re-enter the United States after his last Removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or

about July 14, 2024, Benito Mares-Robles, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near El Paso, Texas, on or about March 29, 2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

JUAN M AGUIRRE
Digitally signed by JUAN M AGUIRRE
Date: 2024.11.11 10:57:02 -07'

Juan M. Aguirre
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
November 11, 2024

Alison S. Bachus
United States Magistrate Judge

3